FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2007 MAR 26 A 10: 58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
J...

UNITED STATES OF AMERICA,

v.                                                              Case No. 3:04-cr-225-J-20MMH

JOSEPH HOWARD CARTER.
_____/

## ORDER

Before the Court is Defendant's First Motion For Reconsideration and/or Compassionate Release (Doc. No. 46, filed February 6, 2007), to which the Government responded indicating no opposition (Doc. No. 50, filed March 15, 2007). The Defendant began his three year term of supervised release on November 17, 2006. Pursuant to 18 U.S.C. § 3583(e)(1), the Court may not terminate a term of supervised release until the expiration of one year of supervised release. See United States v. Johnson, 529 U.S. 53, 54 (2000). The earliest this Court can terminate Defendant's supervised release is after November 17, 2007. Accordingly, this Court refuses at this time to consider the merits of this Motion and it is **denied without prejudice**.

**DONE AND ENTERED** at Jacksonville, Florida, this 26th day of March, 2007.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Robert Stuart Willis, Esq.
Todd C. Brooks, Esq.
Don J. Pashayan, AUSA
Probation Office

-1-